United States District Court

Eastern District of California

United States of America,

      Plaintiff,           No. Mag. 05-0311-PAN

  vs.                   Detention Order

Dimitri Alexeevich Bagramyan,

      Defendant.

-oOo-

A. <u>Order For Detention</u>

After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. <u>Statement Of Reasons For The Detention</u>

The Court orders the defendant's detention because it finds:

  __x__      By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

  _____      By clear and convincing evidence that no condition or combination of conditions will reasonably assure

        the safety of any other person and the community.

C.    <u>Findings Of Fact</u>

    The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

  <u> x </u>      (1) Nature and Circumstances of the offense charged.

        <u> x </u>    (a) The crime. 18 USC 2, 1029, 1029.

        <u>     </u>    (b) The offense is a crime of violence.

        <u>     </u>    (c) The offense involves a narcotic.

        <u>     </u>    (d) The offense involves a large amount of controlled substances.

<u> x </u>    (2) The weight of the evidence against the defendant is high.

<u> x </u>    (3) The history and characteristics of the defendant including:

    <u>     </u>(a) General Factors:

        <u>     </u>    The defendant appears to have a mental condition which may affect whether the defendant will appear.

        <u>     </u>    The defendant has no family ties in the area.

        <u>     </u>    The defendant has no steady employment.

        <u>     </u>    The defendant has no substantial financial resources.

        <u>     </u>    The defendant is not a long time resident of the community.

        <u>     </u>    The defendant does not have any significant community ties.

        <u> x </u>    Past conduct of the defendant: Use of two aliases and one false SSN; declined PTS interview.

       \_\_\_\_\_     The defendant has a history relating to drug abuse.

       \_\_\_\_\_     The defendant has a significant prior criminal record.

       __x__     The defendant has a prior record of failure to appear at court proceedings.

(b) Whether the defendant was on probation, parole, or release by a court;

At the time of the current arrest, the defendant was on:

       __x__     Probation.

       \_\_\_\_\_     Parole.

       \_\_\_\_\_     Release pending trial, sentence, appeal or completion of sentence.

(c) Other Factors

       \_\_\_\_\_     The defendant is an illegal alien and is subject to deportation.

       \_\_\_\_\_     The defendant is a legal alien and will be subject to deportation if convicted.

       \_\_\_\_\_     Other:

\_\_\_\_\_ (4) <u>Rebuttable Presumptions</u>

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

    \_\_\_\_\_    (a) (1) The crime charged is one described in § 3142(f)(1)

          \_\_\_\_\_    (A) a crime of violence; or

          \_\_\_\_\_    (B) an offense for which the maximum penalty is life imprisonment or death; or

          \_\_\_\_\_    (C) a controlled substance violation that has a maximum penalty of ten

3

|   |   |   |
|---|---|---|
| | | years or more; or |
| | | _____ (D) a felony and defendant previously was convicted of two or more of the offenses described in (A) through (C) above <u>and</u> |
| | (2) | Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above <u>and</u> |
| | (3) | The offense referred to in subparagraph (2) was committed while defendant was on release pending trial <u>and</u> |
| | (4) | Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2). |
| _____ | (b) | There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed |
| | _____ | in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq., |
| | _____ | the Controlled Substances Act , 21 U.S.C. §§ 951, et seq., |
| | _____ | the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or |
| | _____ | an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b. |
| | _____ | an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425. |

D.   <u>Additional Directives</u>

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney

4

1  General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or
2  being held in custody pending appeal; and

3      The defendant be afforded reasonable opportunity for private consultation with his counsel; and

4

5      That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the
6  defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

7

8      Dated: October 27, 2005

9

10                                    /s/ Peter A. Nowinski
                                       Peter A. Nowinski
11                                     Magistrate Judge